```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

PETER LEWIS CRAWLEY, JR.,

        Plaintiff,

v.                          Case No. 3:04-cv-1351-J-16HTS

JAMES V. CROSBY, JR.,
et al.,

        Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 1, 2005, the Court ordered Plaintiff to file an amended complaint in accordance with the directives in the Court's Order (Doc. #6), filed February 8, 2005.[1] Further, the Court notified Plaintiff that his failure to do so and/or failure to submit one service copy of the amended complaint for each named Defendant would result in the dismissal of this action without further notice.

On March 2, 2005, Plaintiff filed a pleading entitled, "Permissive Joinder for Amended Civil Rights Complaint to Proceed in Respondeat Ouster" (Doc. #12) (hereinafter Amended Complaint), in which he names thirty-six Defendants. He raises numerous

---

[1] In the Court's February 8, 2005, order, the Court specifically directed Plaintiff to chose one of his claims to proceed with in this action and to address unrelated claims in a separate action.

unrelated claims, including, but not limited to:[2] (1) several challenges to his 2001 Hillsborough County conviction; (2) false imprisonment; (3) an assault upon him by another inmate at New River Correctional Institution; and, (4) lack of medical care. Furthermore, Plaintiff submitted only five service copies of his Amended Complaint.  Thus, this case will be dismissed for Plaintiff's failure to comply with the directives in the Court's Order (Doc. #6), filed February 8, 2005, and the Court's Order (Doc. #11), filed March 1, 2005.

   Therefore, it is now

   **ADJUDGED:**

   1.   This case is hereby **DISMISSED** without prejudice.

   2.   The Clerk of the Court shall enter judgment dismissing this case without prejudice, and close this case.

   3.   The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff.  If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms.  Plaintiff should not place this case number on the forms.  The Clerk will assign a separate case number if Plaintiff elects to refile his claims.  In refiling, Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if Plaintiff

---

   [2] It is difficult to ascertain the exact nature of some of Plaintiff's claims due to the rambling narrative contained in his forty-nine page Amended Complaint.

2

desires to proceed as a pauper) **or** pay the $250.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

  **DONE AND ORDERED** at Jacksonville, Florida, this _19th_ day of April, 2005.

           _____
           JOHN H. MOORE II
           United States District Judge

ps 4/18
c:
Peter Lewis Crawley, Jr.