UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PETER LEWIS CRAWLEY, JR.,

        Plaintiff,

v.                        Case No. 3:04-cv-1351-J-16HTS

JAMES V. CROSBY, JR.,
et al.,

        Defendants.

### ORDER

    Plaintiff's May 11, 2005, Petition for Permission to Appeal Certified (Doc. #19) is **GRANTED** to the extent that the May 11, 2005, Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court (Doc. #20) is accepted as timely. However, this appeal is not taken in good faith under Rule 24(a) of the Federal Rules of Appellate Procedure because this case was properly dismissed for Plaintiff's failure to comply with the directives in the Court's Order (Doc. #6), filed February 8, 2005, and the Court's Order (Doc. #11), filed March 1, 2005. Thus, Plaintiff's request to appeal as a pauper, contained in his Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court (Doc. #20), is **DENIED**.

    **DONE AND ORDERED** at Jacksonville, Florida, this 17th day of May, 2005.

ps 5/13
c:
Peter Lewis Crawley, Jr.
USCA

*/s/ John H. Moore II*
JOHN H. MOORE II
United States District Judge